1  JACQUELYNE M. NGUYEN, Bar No. 249658
   LAW OFFICE OF JACQUELYNE M. NGUYEN
2  1670 SANTA ANA AVE., SUITE K
   COSTA MESA, CA 92627
3  Telephone: (949) 722-0055
   Fax:(949) 722-8416
4
   Attorney for: PLAINTIFF
5

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-06223 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Cynthia D. Dodge, aka Cynthia D. Johnson, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Cynthia D. Dodge, aka Cynthia D. Johnson, in the principal amount of $1,710.00 plus interest accrued to July 17, 2012, in the sum of $3,005.36; with interest accruing thereafter at 7% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,715.36**.

DATED: 10/11/2012        By: _Terry NAFIS;_
                             Clerk of the Court

                             _L. Ryno_
                             Deputy Clerk
                             United States District Court