1 | JACQUELYNE M. NGUYEN, Bar No. 249658
LAW OFFICE OF JACQUELYNE M. NGUYEN
2 | 1670 SANTA ANA AVE., SUITE K
COSTA MESA, CA 92627
3 | Telephone: (949) 722-0055
Fax:(949) 722-8416
4 |
Attorney for: PLAINTIFF
5 |
6 |
7 |
8 |                        UNITED STATES DISTRICT COURT
9 |                        CENTRAL DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA,          No. CV A 12-06223
12 |                    Plaintiff,
13 |          vs.                       CONSENT JUDGMENT
14 | Cynthia D. Dodge, aka
15 | Cynthia D. Johnson,
16 |                    Defendant

17 |       Pursuant to the above stipulation of the parties,

18 | Judgment is hereby entered in favor of Plaintiff, UNITED

19 | STATES OF AMERICA, against Defendant, Cynthia D. Dodge, aka

20 | Cynthia D. Johnson, in the principal amount of $1,710.00

21 | plus interest accrued to July 17, 2012, in the sum of

22 | $3,005.36; with interest accruing thereafter at 7% annually

23 | until entry of judgment, administration costs in the amount

24 | of $0.00, for a total amount of $**4,715.36**.

25 |

26 | DATED:      10|11|2012       By: _Terry NAFISi_
27 |                                 Clerk of the Court

28 |                                 _L. Reyna_
                                     Deputy Clerk
                                     United States District Court

Page 5